

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

VALLEY FORGE, INC.,      §     No. 08-22-00084-CV

      Appellant,    §     Appeal from the

v.            §     County Court at Law No. 3

CK CONSTRUCTION, INC.,    §     of El Paso County, Texas

      Appellee.    §     (TC# 2021DCV3705)

§

§

# **O R D E R**

The Court GRANTS the Appellant's Updated Notice of Mediation Outcome, which this Court has construed as a Motion to Reinstate.

Therefore, the Court ORDERS this appeal reinstated, and the appellate timetable is as follows: Appellee's brief is due February 27, 2023. NO EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

IT IS SO ORDERED this 6th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.